IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOE HAND PROMOTIONS, INC.                                                                                    PLAINTIFF

v.                                              Case No. 6:15-cv-6067

NILESH DALAL, individually and d/b/a
MIRAGE SPORTS BAR AND GRILL                                                                      DEFENDANT

## JUDGMENT

Before the Court is Plaintiff's Motion for Summary Judgment. (ECF No. 14). Defendant filed a Response. (ECF No. 17). Plaintiff filed a Reply. (ECF No. 18). For the reasons set forth in the Memorandum Opinion of even date, Plaintiff's Motion for Summary Judgment (ECF No. 14) is GRANTED. Judgment is hereby entered in favor of Plaintiff for the amount of $5,000.

**IT IS SO ORDERED**, this 11th day of July, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge